UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI ANN YACK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-1230

HON. JANE M. BECKERING

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 19, 2022 (ECF No. 20), recommending that this Court vacate the Commissioner's decision and that this matter be remanded for further administrative action pursuant to sentence four of 42 U.S.C. 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is VACATED and this matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated: June 3, 2022

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge