UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI ANN YACK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-1230

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 23).  In addition, the parties filed a Stipulation for Allowance of Fees Under the Equal Access to Justice Act (ECF No. 25).   The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 27) on September 29, 2022, recommending that this Court grant the motion and deny as moot the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 27) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 23) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded four thousand, eight hundred fifty dollars ($4,850.00) pursuant to the EAJA and that such be paid directly to Plaintiff.

**IT IS FURTHER ORDERED** that the Stipulation for Allowance of Fees Under the Equal Access to Justice Act (ECF No. 25) is DENIED as moot for the reasons stated in the Report and Recommendation.


Dated:  October 14, 2022       /s/ Jane M. Beckering
                               JANE M. BECKERING
                               United States District Judge